Copy mailed to attorneys for parties by the Court pursuant to Rule 77 (d) Federal Rules of Civil Procedures.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC.
FILED
JUN 24 2005
AT_____ O'CLOCK_____M
SOFRON B. NEDILSKY

TODD FROST,

    Petitioner,    Case No. 05-C-659

  v.

PHILLIP KINGSTON, Warden,
Waupun Correctional Institution,

    Respondent.

## OPINION AND ORDER

  Todd Frost, a prisoner in state custody, has filed a Petition for habeas corpus relief pursuant to 54 U.S.C. § 2254. Having reviewed the Petition the court ORDERS that the Respondent shall serve and file an answer or other response on or before August 1, 2005. On that same date, the Respondent shall serve and file transcripts of all relevant proceedings in the state court.

  IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of the Petition and all attachments and a copy of this Order upon the Respondent and upon the Attorney General of the State of Wisconsin.

  IT IS FURTHER ORDERED that Frost's "Application to Proceed Without Prepayment of Fees" (filed June 20, 2005) IS DENIED because Frost has already paid the filing fee.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 24th day of June, 2005.

*[signature]*
Thomas J. Curran
United States District Judge

AO 72A
(Rev.8/82)